UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOODS, et al., | ) 1:06-cv-00398-SMS |
| Plaintiffs, | ) ORDER DIRECTING DEFENDANTS TO |
| v. | ) FILE RESPONSES TO THE COMPLAINT |
| | ) NO LATER THAN FIFTEEN DAYS AFTER |
| ASSET RESOURCES, et al., | ) SERVICE |
| Defendants. | ) ORDER DISREGARDING PLAINTIFF'S |
| | ) REQUEST CONCERNING IMPLEADER |

Plaintiffs are proceeding with a civil action in this Court. By order dated August 30, 2006, entered upon to the parties' consent, Judge Oliver W. Wanger assigned this action to the undersigned Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

On December 26, 2006, Plaintiffs filed a "Response to Orders of Honorable Sandra M. Snyder issued December 21, 2006." The Court notes that the orders of December 21, 2006, were rulings on Defendants' motions to dismiss.

In the response, Plaintiffs informs the Court that it will not be amending the complaint, and that Plaintiff elects to proceed solely on Plaintiff's claim for libel. Thus, a response

1

1  to the complaint is due no later than fifteen days after the
2  service of Plaintiff's election not to amend.
3       Plaintiff requests that the Court order Defendants to file
4  motions to attempt to implead Equifax by a date certain or to be
5  barred from raising the absence of Equifax. No notice of motion
6  or other notice of hearing was filed in connection with this
7  request. Therefore, the Court DISREGARDS the request without
8  prejudice to Plaintiffs' raising it in connection with the
9  scheduling conference, which will be set by the Court by separate
10 order or direction.

12 IT IS SO ORDERED.
13 **Dated:   January 5, 2007**              /s/ Sandra M. Snyder
   icido3                                UNITED STATES MAGISTRATE JUDGE