1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT A. WOODS and LORI A.          1:06-CV-00398-SMS
    WOODS, husband and wife as
12  individuals,

13              Plaintiff,              **ORDER DENYING PLAINTIFFS'**
                                        **MOTION FOR RECONSIDERATION**
14  vs.                                 **AS MOOT** (Doc. 43)

15  PROTECTION ONE ALARM
    MONITORING, INC., a Delaware
16  Corporation admitted to do
    business in California, Does 1
17  to 100, and ASSET RESOURCES,

18              Defendants.
                                    /
19

20       Plaintiffs' motion for reconsideration of Plaintiffs' motion

21  for order to file second amended complaint, filed April 3, 2007,

22  is DENIED as MOOT (Doc. 43).  Plaintiffs' motion came on

23  regularly for hearing on March 30, 2007.  The Court did not rule

24  from the bench but rather took the matter under advisement after

25  oral argument.  On April 13, 2007, the Court ruled on Plaintiffs'

26  motion to amend (Doc. 47).  Therefore, as of the date of filing

27  of the request for reconsideration, April 3, 2007, there was no

28  court order to reconsider.  A close reading, difficult though it

                                    1

was as portions of the pleading are nonsensical, appears to be further argument focused on comments the Court made during the oral argument.  For this reason, too, the pleading is improper.

Similarly, Defendant Protection One's opposition to Plaintiffs' motion for reconsideration of Plaintiffs' motion for order to file second amended complaint (Doc. 44), and Protection One's objection to evidence and request to strike re: Plaintiffs' motion for reconsideration of Plaintiffs' motion for order to file second amended complaint (Doc. 45), are also deemed MOOT.

IT IS SO ORDERED.

**Dated:    April 16, 2007**                               **/s/ Sandra M. Snyder**
                                                         UNITED STATES MAGISTRATE JUDGE