UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. WOODS and LORI A. WOODS, husband and wife as individuals,<br><br>            Plaintiff,<br><br>vs.<br><br>PROTECTION ONE ALARM MONITORING, INC. and ASSET RESOURCES, INC., et al.,<br><br>            Defendants._____/ | 1:06-CV-00398-SMS<br><br>**ORDER REQUIRING FURTHER BRIEFING RE MOTIONS FOR SUMMARY JUDGMENT AND CONTINUING HEARING DATE:**<br><br>From:   6/01/07, 9:30am, Ctrm. 7/**SMS**<br>To:     6/15/07, 9:30am, Ctrm. 7/**SMS** |

    In addressing Defendants' Motions for Summary Judgment, the Court finds that Exhibit C in support of Asset Resources' ("AR") Motion for Summary Judgment is virtually illegible.  These documents appear to be mostly the same as those attached as Exhibit R to the Declaration of Alexander J. Harwin in support of Protection One's ("POAM") Motion for Summary Judgment which is also quite illegible.  In order to consider these documents, legible copies are required.  Because these documents are submitted as true and correct copies originating at AR, AR is requested to provide legible and **properly authenticated** copies to the Court for its consideration.

1

1    Plaintiff objects to all of the exhibits offered by AR in support of their Motion for Summary Judgment.  The Court notes that many of the Exhibits offered by AR are the same as those offered by POAM.  Rather than require the Court to expend resources determining which AR exhibits are duplicated by POAM in their properly authenticated exhibits, AR is ORDERED to cross-reference their exhibits with those exhibits offered by POAM in their Motion.

AR is further ORDERED to address Plaintiffs' objections to the authentication of the exhibits offered with their Motion for Summary Judgment.  AR argues that Plaintiff failed to seek discovery from them in a timely manner, insinuating that had Plaintiff timely sought the documents, there would be no objections.  AR's position, while sympathetic, is insufficient to allow the Court to consider the documents.  They must be authenticated.

THEREFORE, IT IS ORDERED THAT:

1. AR shall respond hereto on or before Monday, June 4, 2007; and,

2. The hearing on the combined motions for summary judgment is continued from June 1, 2007 at 9:30 a.m. before Judge Snyder to June 15, 2007 at 9:30 a.m. before Judge Snyder.

IT IS SO ORDERED.

**Dated:   May 21, 2007**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE