UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT and LORI WOODS, | 1:06-cv-00398-SMS |
|         Plaintiffs, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** (Doc. 59) |
| vs. | |
| PROTECTING ONE ALARM MONITORING, INC., a Delaware Corporation admitted to and doing business in California; ASSET RESOURCES, INC., et al., | **ORDER DIRECTING CLERK TO TERMINATE DAVID J. KAMINSKI, ESQ., AND EDGAR N. DE VERA, ESQ., OF CARLSON & MESSER, LLP** |
|         Defendants. / | |

    The motion of Edgar N. De Vera, Esq., of Carlson & Messer, LLP, to withdraw as counsel of record for Defendant Asset Resources was regularly set for hearing on June 29, 2007 at 9:30 a.m. in Courtroom No. 7 on the Sixth Floor before the Honorable Sandra M. Snyder, United States Magistrate Judge (Doc. 59).  On June 26, 2007, plaintiffs filed a statement of non-opposition and non-appearance at hearing (Doc. 64).  Therefore, on June 27, 2007, via Minute Order (Doc. 65), the court vacated the hearing for said motion and took the motion under submission pursuant to Local Rule 78-230(h).

1

1  GOOD CAUSE APPEARING, it is HEREBY ORDERED that the motion of Edgar N. De Vera, Esq., of Carlson & Messer, LLP, to withdraw as counsel of record for Defendant Asset Resources is GRANTED, and all further pleadings and/or correspondence be served on lead attorney and Pro Hac Vice counsel for Defendant Asset Resources, pursuant to Federal Rule of Civil Procedure 5, as follows:

>  Christopher J. Mundt, Esq.
>  Mundt Legal, P.L.L.C.
>  9243 East River Road
>  Coon Rapids, MN 55433
>  Telephone: (763) 252-1209

Therefore, the Clerk of Court is DIRECTED to terminate both David J. Kaminski, Esq., as well as Edgar N. De Vera, Esq., both of Carlson & Messer, LLP, in the court's computer system.

**Defendant Asset Resources is herein advised that failure to take appropriate legal action may result in serious legal consequences.  If defendant is a corporation, corporations may participate in this action only through legal counsel.**

IT IS SO ORDERED.

**Dated:   June 28, 2007**          /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE